EQUITABLE SURETY COMPANY *v.* CICERO SCHOOL BOARD
OF FINANCE, HAMILTON COUNTY.

[No. 9,746. Filed January 30, 1919.]

From Marion Superior Court (98,708) ; *Theophilus J. Moll,* Judge.

Action by Cicero School Board of Finance, Hamilton county,
against the Equitable Surety Company. From a judgment for plain-
tiff, the defendant appeals. *Affirmed.*

*Major A. Downing,* for appellant.
*Matson, Kane & Ross,* for appellee.

McMAHAN, J.—This appeal is prosecuted from a judgment which
appellee obtained against the appellant as surety on a bond given
by the Farmers' and Merchants' Bank of Cicero to secure the deposit
of public funds. The questions raised are the same as those decided
by the Supreme Court in the case of *Equitable Surety Co.* v. *Board,*
*etc.* (1917), 186 Ind. 650, 117 N. E. 860, and, upon the authority of
that case, the judgment is affirmed.

FELLMAN *v.* SCHMIDT, EXECUTOR.

[No. 9,714. Filed February 18, 1919.]

From Warrick Circuit Court; *Ralph E. Roberts,* Judge.
Action by Anna Fellman against Benjamin C. Schmidt, executor.
From a judgment for defendant, the plaintiff appeals. *Dismissed.*

*James W. Davis* and *A. H. Maxam,* for appellant.
*Caleb J. Lindsey,* for appellee.

REMY, J.—Appellant's brief in this case is in substantially the
same condition as was the brief in *Palmer* v. *Beall* (1915), 60 Ind.
App. 208, 110 N. E. 218. On the authority of that case, this appeal
is dismissed.